FILED
CLERK, U.S. DISTRICT COURT

MAY - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

NOTE CHANGES MADE BY THE COURT.

____ Priority
____ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENNHEISER ELECTRONIC CORPORATION, d/b/a SENNHEISER USA, a Delaware Corporation, and SENNHEISER ELECTRONIC GMBH & CO. KG, a German Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>CHAOYING ZHANG, an Individual, and Does 1-10, Inclusive,<br><br>Defendants. | Case No.: CV11-07874 GHK (MRWx)<br><br>[PROPOSED] ORDER RE STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND FOR PERMANENT INJUNCTION AGAINST DEFENDANT CHAOYING ZHANG<br><br>[File concurrently with Stipulation to Set Aside Entry of Default and for Permanent Injunction Against Defendant Chaoying Zhang] |

The Court, pursuant to the Stipulation To Set Aside Entry of Default and for Permanent Injunction Against Defendant Chaoying Zhang ("Stipulation"), between Plaintiffs SENNHEISER ELECTRONIC CORPORATION d/b/a SENNHEISER USA and SENNHEISER ELECTRONIC GMBH & CO.KG ("Plaintiffs"), on the one hand, and Defendant CHAOYING ZHANG ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES as follows:

1. The Default entered by the Clerk against Defendant on February 22, 2012, is hereby SET ASIDE;

2. **PERMANENT INJUNCTION.** Defendant and any person or entity acting in active concert with, or at the direction of him, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control who shall receive actual notice of this injunction by service or otherwise, are hereby restrained and enjoined, pursuant to 15 U.S.C. §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any Plaintiffs SENNHEISER® trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiffs' SENNHEISER® trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b. performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure ~~Plaintiffs~~ by infringement or dilution

1. any of Plaintiffs' SENNHEISER® trademarks, ~~and/or~~ *& thereby* Plaintiffs' business reputation or goodwill;

    c. engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other *such* act which would tend damage or injure Plaintiffs; and/or

    d. using any Internet domain name or website that includes any Plaintiffs' trademarks, including the SENNHEISER® marks.

3. Defendant is ordered to deliver immediately, *& in no event more than 30 days hereof,* for destruction all unauthorized products, including counterfeit SENNHEISER® products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiffs' intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

4. The Court ~~finds there is no just reason for delay in entering this Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court~~ directs immediate entry of this Permanent Injunction against Defendant.

5. Having SETTING ASIDE the default against Defendant and having entered the above permanent injunction against Defendant, the Court hereby DISMISSES, without prejudice, Plaintiffs' claims against Defendant ~~, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.~~

/ / /
/ / /
/ / /
/ / /

6. **NO FEES AND COSTS.** Each party shall bear its own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 30th day of April, 2012.

_____
HON. GEORGE H. KING
United States District Judge for the Central District of California